UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FREEDOM T.J. MORGANFLASH,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE/JANE DOE, BERNARD WERNER, KEVIN HOUSE, LARA JENSE, DOMIGA SOLIZ, CATHY GASTRIV, JOANNA PRIDEAUX, BRINE CLIMENS, KEVIN VOGELER, PAT HILLS, CHRISTINA O'BLENESS, ROBERT RINARD, NESSIN WELLER, NANCY TRAIS, SHERRY RAY, and JODYNE GASPERETTI,<br><br>Defendants. | No. 2:15-CV-00172-JTR<br><br>REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S CONSTRUED MOTION TO VOLUNTARILY DISMISS COMPLAINT |

   By Order filed August 24, 2015, the Court instructed Plaintiff, a *pro se* prisoner at the Airway Heights Corrections Center to comply with the filing fee requirements of 28 U.S.C. § 1915(a)(2) or to pay the $400.00 filing fee to commence this action. On September 4, 2015, the Court received Plaintiff's letter asking that his complaint not be filed at this time, and that it be sent back to him.

   Because Plaintiff is proceeding *pro se,* the Court liberally construes this

REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S
CONSTRUED MOTION TO VOLUNTARILY DISMISS COMPLAINT -- 1

letter as a Motion to Voluntarily Dismiss pursuant to FED. R. CIV. P. 41(a). Defendants have not been served in this action. Accordingly, **IT IS RECOMMENDED** Plaintiff's Motion, **ECF No. 6**, be **GRANTED** and the Complaint be **DISMISSED WITHOUT PREJUDICE.**

Plaintiff is advised that once a document has been submitted to the Court for filing, it becomes a public document and cannot be returned. If Plaintiff wishes to obtain a copy of his Complaint, consisting of 32 pages, he must remit $16.00 to cover the copy fee costs ($.50 x 32 pages). Once this payment has been received copies will be made and mailed promptly. Should Plaintiff wish to receive a certified copy of his Complaint, the cost would be $27.00 (copy fee cost + $11.00 certification fee).

## OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy thereof. Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying the portions to which objection is being made, and the basis therefor. Any response to the objection shall be filed within fourteen (14) days after receipt of the objection. Attention is directed to FED. R. CIV. P. 6(e), which adds additional time after certain kinds of service.

A district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon. The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C), FED. R. CIV. P. 72; LMR 4, Local Rules for the Eastern

District of Washington.

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The District Court Executive is directed to enter this Report and Recommendation, forward a copy to Plaintiff and SET A CASE MANAGEMENT DEADLINE.

DATED September 17, 2015.



_____
                JOHN T. RODGERS
     UNITED STATES MAGISTRATE JUDGE