UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FREEDOM T.J. MORGANFLASH,<br><br>               Plaintiff,<br><br>vs.<br><br>JOHN DOE/JANE DOE, BERNARD WERNER, KEVIN HOUSE, LARA JENSE, DOMIGA SOLIZ, CATHY GASTRIV, JOANNA PRIDEAUX, BRINE CLIMENS, KEVIN VOGELER, PAT HILLS, CHRISTINA OBIENESS, ROBERT RINARD, NESSIN WELLER, NANCY TRAIS, SHERRY RAY,  and JODYNE GASPERETTI,<br><br>               Defendants. | NO.  2:15-cv-00172-JLQ<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION;  ORDER TO DISMISS ACTION |

     Magistrate Judge Rodgers filed a Report and Recommendation on September 17, 2015, recommending Mr. Morganflash's Motion to Voluntarily Dismiss Complaint, ECF No. 6, be granted.  By Order filed August 24, 2015, Magistrate Judge Rodgers had directed Plaintiff to comply with 28 U.S.C. § 1915(a)(2) by submitting a certified copy of his trust fund account statement (or institutional equivalent) for the 6 months immediately preceding the filing of the complaint.  Rather than comply, Plaintiff submitted a letter asking that his § 1983 action not be filed.  The Court liberally construed this request as a Motion to Voluntarily Dismiss.

ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER TO DISMISS ACTION -- 1

There being no objections, the Court ADOPTS the Report and Recommendation. **IT IS ORDERED** the Motion, ECF No. 6 is **GRANTED** and this action shall be **DISMISSED without prejudice**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment of dismissal of this action without prejudice, forward a copy to Plaintiff, and close the file.

**DATED** this 1st day of October 2015.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER TO DISMISS ACTION -- 2